IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RICHARD LINDEN CROCKETT,** | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11-cv-00603 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **B.D. RUSSELL,** *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1); Crockett's motion to proceed *in forma pauperis* (Docket No. 5) is **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the parties.

**ENTER**: This 19th day of March, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE